KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:  (415) 436-7000
Fax         (415) 436-6748

Attorneys for the United States of America

**Filed**

APR 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT GROVE STONE, et al., | Case No. C-06-00259-TEH |
| Plaintiff, | JOINT APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This complaint for an estate tax refund was filed on January 13, 2006. The case management conference is scheduled for April 24, 2006. We have not yet received the IRS administrative file in order to file an answer and to participate in a case management conference. Accordingly, we request that the case management conference be continued until June 26, 2006. Plaintiff's counsel, Daniel E. Post, joins in this request.

KEVIN V. RYAN
United States Attorney

Dated: April 14, 2006

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED.

Upon application of the parties, the case management conference is continued to June 26, 2006 at 1:30 p.m.   4/14/06

THELTON E. HENDERSON
United States District Judge