1  KEVIN V. RYAN (California State Bar No. 118321)
   United States Attorney
2  JAY R. WEILL (California State Bar No. 75434)
   Assistant United States Attorney
3  Chief, Tax Division
     10th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
5    Telephone:   (415) 436-7000
     Fax          (415) 436-6748
6
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT GROVE STONE, et al., | ) | Case No. C-06-00259-TEH |
|---|---|---|
| Plaintiff, | ) | JOINT APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This complaint for an estate tax refund was filed on January 13, 2006. The case management conference is scheduled for June 26, 2006. It was originally scheduled for April 24, 2006. We have still not yet received the IRS administrative file in order to file an answer and to participate in a case management conference. Accordingly, we request that the case management conference be continued until July 31, 2006. Plaintiff's counsel, Daniel E. Post, joins in this request.

KEVIN V. RYAN
United States Attorney

Dated: June 19, 2006        /s/ Jay R. Weill
                            JAY R. WEILL
                            Assistant United States Attorney
                            Chief, Tax Division

SO ORDERED.

Upon application of the parties, the case management conference is continued to ~~July 31,~~ **August 21,** 2006 at 1:30 p.m.

IT IS SO ORDERED
Judge Thelton E. Henderson

_____
THELTON E. HENDERSON
United States District Judge