IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GROVE STONE and
GARY RALPH STONE,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

NO. C06-0259 TEH

<u>ORDER SETTING
SUPPLEMENTAL BRIEFING
SCHEDULE</u>

The Court is in receipt of the parties' joint post-trial meet and confer statement, filed on June 14, 2007. In light of the government's unwillingness to engage in settlement discussions, the Court finds that a referral to a magistrate judge for settlement would be unproductive. Accordingly, the Court approves the parties' joint request to submit supplemental briefing, which shall be limited solely to the issue of an appropriate discount given the Court's findings of fact and conclusions of law. The parties shall submit simultaneous supplemental briefs on or before **Monday, July 9, 2007,** and simultaneous reply briefs on or before **Monday, July 23, 2007.** The matter will then be deemed submitted on the papers unless the Court otherwise orders oral argument.

**IT IS SO ORDERED.**

Dated: 06/15/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT