IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GROVE STONE and
GARY RALPH STONE,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

NO. C06-0259 TEH

ORDER EXTENDING TIME TO
FILE PROPOSED JUDGMENT

On August 10, 2007, this Court ruled that:

> Plaintiffs are entitled to claim a 5% discount, taken from a base value of $2,766,250, when valuing the Estate's interest in the art collection at issue for estate tax purposes. The parties have agreed to perform the necessary calculations to determine the appropriate amount of the tax refund due to Plaintiffs. Accordingly, the Court hereby orders the parties to meet and confer and submit a proposed judgment to the Court on or before **August 24, 2007.**

Aug. 10, 2007 Supplemental Findings of Fact & Conclusions of Law at 4. On August 24, 2007, both parties filed statements explaining why they were unable to meet the deadline for filing a proposed judgment. Upon review of the parties' statements, the Court finds good cause to grant Plaintiffs' request for a two-week extension. Accordingly, the parties shall submit their proposed judgment to the Court on or before **September 7, 2007.**

**IT IS SO ORDERED.**

Dated: 08/27/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT